AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Olga Surin, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

Cross Country Healthcare, Inc.,

*Defendant(s)*

Civil Action No. 26-cv-20594-Singhal

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cross Country Healthcare, Inc.
Attn: Corporation Service Company- Registered Agent
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Gold, Esq.
Gold Law, PA
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
305-900-4653

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




Angela E. Noble
Clerk of Court

SUMMONS

Date: Jan 29, 2026

s/ C. A. Weech

Deputy Clerk
U.S. District Courts