**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OLGA SURIN, individually and on behalf of all others similarly situated,

Case No. 1:26-cv-20594

*Plaintiff*,

vs.

CROSS COUNTRY HEALTHCARE, INC.,

*Defendant*.
______________________________________/

**NOTICE OF SETTLEMENT**

The parties have reached a resolution in principle as to Plaintiff's individual claims. Defendant has not yet formally appeared in this matter, so Plaintiff submits this notice unilaterally. Plaintiff asks the Court to vacate any pending deadlines and requests sixty (60) days to finalize any settlement and submit a notice of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.

Date: February 4, 2026

Respectfully submitted,

*/s/ Garrett Berg*
Garrett Berg, Esq.
Florida Bar No. 1000427
Garrett Berg Law, P.A.
555 NE 15th St., PH A
Miami, FL 33132
garrett@gberglegal.com

*/s/ Christopher Gold*
Christopher Gold, Esq.
Florida Bar No. 088733
GOLD LAW, PA
350 Lincoln Rd., 2nd Floor

Miami Beach, FL 33139
Tel: 305-900-4653
chris@chrisgoldlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system and will serve via email on all counsel of record.

*/s/ Garrett Berg*
Garrett Berg